Eric I. Abraham
Christina L. Saveriano
HILL WALLACK LLP
21 Roszel Road
Princeton, NJ 08540
Telephone: 609-924-0808
Fascimile: 609-452-1888
eabraham@hillwallack.com
csaveriano@hillwallack.com

*Attorneys for Defendants InnoPharma, Inc.
And InnoPharma Licensing LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRESENIUS KABI USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FERA PHARMACEUTICALS, LLC, et al. <br><br> Defendants. | **CONSOLIDATED** <br><br> Case No.: 2:15-cv-03654-KM-MAH |
| FRESENIUS KABI USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INNOPHARMA LICENSING LLC, et al. <br><br> Defendants. | Case No.: 2:15-cv-03655-KM-MAH |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and the Settlement and License Agreement between Plaintiff Fresenius Kabi USA, LLC ("Plaintiff" or "Fresenius") and Defendants InnoPharma, Inc. and InnoPharma Licensing LLC ("InnoPharma") (collectively, the "Parties") dated October 13, 2016 (the "Agreement"), the Parties hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action solely with respect to InnoPharma are hereby dismissed without

prejudice, and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes arising under the Agreement.

Date: October 21, 2016

s/ Justin T. Quinn
Justin T. Quinn
ROBINSON MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
jquinn@rwmlegal.com

OF COUNSEL
Imron T. Aly (*pro hac vice*)
Jason G. Harp (*pro hac vice*)
Thomas A. Rammer (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500

John K. Hsu (*pro hac vice*)
SCHIFF HARDIN LLP
901 K Street NW, Suite 700
Washington, DC 20001

Christine W. Feller (*pro hac vice*)
Ahmed M.T. Riaz
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103

*Attorneys for Plaintiff*
*Fresenius Kabi USA, LLC*

s/ Christina Saveriano
Eric I. Abraham
Christina Saveriano
HILL WALLACK LLP
21 Roszel Road
Princeton, NJ 08540
609-924-0808
eabraham@hillwallack.com
csaveriano@hillwallack.com

*Of Counsel*
Mark Pacella
(mpacella@wileyrein.com)
Kevin Anderson
(kanderson@wileyrein.com)
Rachel Hunnicutt
(rhunnicutt@wileyrein.com)
Wesley Weeks
(wweeks@wileyrein.com)
WILEY REIN LLP
1776 K Street N.W.
Washington DC 20006
(202) 719-7000 *telephone*
(202) 719-7049 *facsimile*

*Attorneys for Defendants InnoPharma, Inc.*
*and InnoPharma Licensing LLC*

SO ORDERED

_____
Kevin McNulty, U.S.D.J.
Date: 10/24/16